NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WENTWORTH E. MILLER,**
*Appellant,*

v.

**ALTADIS U.S.A. INC.,**
*Appellee.*

---

2011-1051
(Cancellation No. 92050296)

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board.

---

## ON MOTION

---

Before GAJARSA, MAYER, and PROST, *Circuit Judges.*

GAJARSA, *Circuit Judge.*

## ORDER

The parties jointly move to remand this case to the Trademark Trial and Appeal Board, due to settlement.

The parties state that they have settled the case and move to remand so that the Board can consider a motion to vacate its judgment and take other actions. We grant

the motion to the extent that we remand for the limited purpose of the Board's consideration of the parties' motions. *Ohio Willow Wood Co. v. Thermo-Ply, Inc.*, 629 F.3d 1374, 1375 (Fed. Cir. 2011). We retain jurisdiction so that any of the parties may seek appellate review by notifying the clerk of the court within thirty days of entry of the Board's decision on remand. The appeal is held in abeyance pending the resolution of the motions by the Board. The parties should promptly inform this court of the Board's ruling on the motion and should propose how they believe the appeals should proceed in light of the Board's ruling.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion to remand is granted to the limited extent explained above. The court retains jurisdiction over the appeal at this time.

FOR THE COURT

MAY 2 6 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Wentworth E. Miller
     Charles W. Grimes, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 2 6 2011

JAN HORBALY
CLERK